# Third District Court of Appeal

## State of Florida

Opinion filed June 16, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-1096
Lower Tribunal No. 17-12346

————————

**Tutor Perini Building Corp.,**
Appellant,

vs.

**American Educational Enterprises, LLC,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Katz Barron, Andrew J. Foti and H. Eugene Lindsey, III, for appellant.

Ferencik Libanoff Brandt Bustamante & Goldstein, P.A., Robert E. Ferencik, Jr. and Nestor Bustamante (Fort Lauderdale), for appellee.

Before EMAS, C.J., and HENDON and GORDO, JJ.

PER CURIAM.

Affirmed. <u>See</u> § 44.104(11), Fla. Stat. (2020) ("Factual findings determined in the voluntary trial are not subject to appeal.").